**Exhibit A**

Table of Last-Observed Infringements by Defendants of Exquisite Multimedia Inc's Copyright in the Motion Picture "Supergirl XXX," Copyright Reg. No. PA0001745464

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 100.3.90.72 | 2011-11-08 02:57:15 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 2 | 108.9.190.157 | 2011-11-23 10:34:35 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 3 | 108.9.236.210 | 2011-10-09 14:27:11 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 4 | 108.9.74.127 | 2011-10-06 02:03:34 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 5 | 173.168.223.230 | 2011-10-01 08:14:18 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 6 | 173.168.71.200 | 2011-11-01 14:47:07 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 7 | 173.169.142.174 | 2011-11-18 20:40:24 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 8 | 173.169.249.90 | 2011-11-12 21:10:27 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 9 | 173.170.148.188 | 2011-11-01 16:57:13 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 10 | 173.170.211.199 | 2011-10-21 21:01:23 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 11 | 173.171.214.30 | 2011-11-02 15:06:55 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 12 | 173.65.112.4 | 2011-11-19 02:59:56 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 13 | 173.65.116.37 | 2011-10-24 13:22:22 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 14 | 173.65.119.56 | 2011-10-23 19:16:03 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 15 | 173.65.125.193 | 2011-11-24 17:31:00 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 16 | 173.65.154.210 | 2011-10-04 20:05:25 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 17 | 173.65.168.219 | 2011-10-09 14:05:11 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 18 | 173.65.235.216 | 2011-11-28 08:08:48 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 19 | 173.65.243.66 | 2011-11-10 07:57:03 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 20 | 173.65.25.131 | 2011-11-17 19:12:55 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 21 | 173.65.45.55 | 2011-11-14 16:34:04 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 22 | 173.78.208.253 | 2011-10-22 03:07:20 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 23 | 173.78.237.237 | 2011-10-07 01:16:11 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 24 | 174.48.125.231 | 2011-10-02 01:03:53 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 25 | 174.48.156.100 | 2011-10-13 01:09:45 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 26 | 184.88.178.238 | 2011-12-02 08:21:29 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 27 | 184.88.215.250 | 2011-10-23 09:05:57 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 28 | 184.91.115.98 | 2011-10-19 02:59:36 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
|--------|---------------|---------------------------|-------------|------------|------------------------------------------|
| Doe 29 | 184.91.124.247 | 2011-10-06 22:01:20 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 30 | 184.91.197.20 | 2011-10-15 22:06:05 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 31 | 184.91.46.108 | 2011-10-15 02:59:37 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 32 | 184.91.82.5 | 2011-11-30 00:55:49 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 33 | 24.110.29.194 | 2011-11-04 04:28:22 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 34 | 24.110.61.22 | 2011-12-04 20:02:59 -0500 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 35 | 24.110.72.172 | 2011-10-05 07:03:17 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 36 | 24.129.81.36 | 2011-10-02 09:08:35 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 37 | 24.144.66.196 | 2011-10-23 21:06:07 -0400 | EarthLink | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 38 | 24.160.73.137 | 2011-10-10 15:09:27 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 39 | 24.164.24.120 | 2011-11-02 04:36:28 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 40 | 24.164.49.251 | 2011-10-19 23:19:18 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 41 | 24.236.65.52 | 2011-12-10 14:39:44 -0500 | Knology | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 42 | 24.250.204.246 | 2011-10-20 02:41:16 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 43 | 24.26.121.167 | 2011-11-06 01:02:10 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 44 | 24.26.29.168 | 2011-11-24 02:06:42 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 45 | 24.92.209.201 | 2011-10-19 22:50:44 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 46 | 65.32.108.162 | 2011-11-01 12:51:28 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 47 | 65.32.172.108 | 2011-10-30 11:49:20 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 48 | 65.32.208.226 | 2011-10-12 17:41:21 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 49 | 65.32.64.194 | 2011-10-22 02:59:01 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 50 | 65.32.68.245 | 2011-10-28 22:53:56 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 51 | 65.33.174.104 | 2011-10-24 02:59:49 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 52 | 65.34.55.159 | 2011-12-02 21:12:21 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 53 | 65.35.182.235 | 2011-10-30 20:06:36 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 54 | 66.177.110.56 | 2011-10-03 20:00:57 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 55 | 66.177.127.216 | 2011-10-15 01:37:02 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 56 | 66.177.67.152 | 2011-10-05 15:08:54 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 57 | 66.177.89.219 | 2011-10-26 20:06:54 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 58 | 66.177.96.39 | 2011-10-08 02:59:34 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 59 | 66.229.160.248 | 2011-10-05 21:10:05 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 60 | 66.229.88.232 | 2011-10-16 00:53:47 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 61 | 66.229.93.93 | 2011-10-26 00:30:10 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 62 | 67.191.0.84 | 2011-10-28 13:43:07 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 63 | 67.191.97.216 | 2011-10-15 00:54:29 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 64 | 67.78.158.126 | 2011-11-29 09:15:29 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
|--------|---------------|---------------------------|-------------|------------|------------------------------------------|
| Doe 65 | 67.8.66.60 | 2011-11-20 22:20:19 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 66 | 68.101.23.88 | 2011-10-17 06:12:10 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 67 | 68.200.194.85 | 2011-12-02 15:10:38 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 68 | 68.200.22.237 | 2011-11-12 21:10:27 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 69 | 68.202.179.105 | 2011-10-12 23:10:52 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 70 | 68.202.49.141 | 2011-11-15 08:08:18 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 71 | 68.204.124.41 | 2011-11-07 19:40:36 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 72 | 68.205.213.228 | 2011-10-08 02:09:09 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 73 | 68.205.227.44 | 2011-10-26 11:33:32 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 74 | 68.205.70.15 | 2011-10-24 14:29:19 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 75 | 68.34.154.52 | 2011-10-24 13:41:25 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 76 | 68.35.244.188 | 2011-10-06 22:50:56 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 77 | 68.54.37.1 | 2011-10-09 21:03:17 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 78 | 68.54.79.84 | 2011-10-20 13:10:03 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 79 | 68.56.224.167 | 2011-10-20 20:13:50 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 80 | 68.59.119.48 | 2011-10-14 23:41:16 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 81 | 68.59.81.57 | 2011-10-08 18:43:07 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 82 | 69.1.8.110 | 2011-11-18 15:57:26 -0500 | Knology | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 83 | 69.138.131.127 | 2011-10-26 11:20:44 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 84 | 69.254.117.129 | 2011-10-10 01:00:17 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 85 | 70.119.47.204 | 2011-11-02 01:33:51 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 86 | 70.119.72.252 | 2011-10-22 15:05:22 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 87 | 70.126.138.149 | 2011-11-07 14:01:26 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 88 | 70.126.139.193 | 2011-11-18 09:14:44 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 89 | 70.126.80.202 | 2011-10-28 10:56:10 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 90 | 70.126.88.193 | 2011-10-21 15:07:21 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 91 | 70.126.99.24 | 2011-10-28 23:49:20 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 92 | 70.127.228.16 | 2011-10-16 14:50:39 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 93 | 70.171.35.65 | 2011-11-11 08:36:45 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 94 | 70.185.122.139 | 2011-12-06 03:14:08 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 95 | 70.187.50.141 | 2011-11-18 21:11:59 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 96 | 70.187.84.208 | 2011-10-09 00:27:42 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 97 | 70.187.90.77 | 2011-11-09 21:10:36 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 98 | 70.191.169.67 | 2011-12-06 01:13:17 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 99 | 71.180.125.233 | 2011-10-07 09:10:15 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 100 | 71.180.141.2 | 2011-10-07 02:59:52 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
|---------|--------------|---------------------------|---------------------------|------------|------------------------------------------|
| Doe 101 | 71.180.222.77 | 2011-12-04 18:46:17 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 102 | 71.180.77.200 | 2011-10-31 23:20:14 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 103 | 71.180.83.163 | 2011-10-28 11:35:53 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 104 | 71.228.75.47 | 2011-10-06 02:59:39 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 105 | 71.229.119.160 | 2011-10-06 09:09:50 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 106 | 71.229.124.37 | 2011-10-24 20:41:09 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 107 | 71.31.107.30 | 2011-10-14 17:02:36 -0400 | WINDSTREAM COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 108 | 71.41.48.36 | 2011-12-07 17:14:00 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 109 | 71.41.48.84 | 2011-12-04 17:47:11 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 110 | 71.41.60.48 | 2011-12-09 12:48:29 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 111 | 71.43.108.14 | 2011-10-29 15:04:15 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 112 | 71.43.205.81 | 2011-11-25 15:10:58 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 113 | 72.184.118.94 | 2011-10-04 03:08:13 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 114 | 72.184.167.85 | 2011-12-01 09:06:33 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 115 | 72.184.9.6 | 2011-10-08 09:09:52 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 116 | 72.185.200.96 | 2011-10-12 08:17:07 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 117 | 72.185.243.249 | 2011-10-15 21:08:48 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 118 | 72.185.68.222 | 2011-11-08 04:10:53 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 119 | 72.185.82.120 | 2011-11-18 18:04:12 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 120 | 72.186.88.102 | 2011-11-02 00:54:14 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 121 | 72.187.37.68 | 2011-11-04 01:16:23 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 122 | 72.188.11.239 | 2011-12-09 12:27:22 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 123 | 72.189.93.125 | 2011-10-24 15:59:43 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 124 | 72.213.201.227 | 2011-12-10 09:02:29 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 125 | 72.216.6.176 | 2011-10-06 15:10:30 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 126 | 72.77.192.221 | 2011-10-17 20:33:13 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 127 | 72.91.197.214 | 2011-10-02 19:22:51 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 128 | 72.91.210.131 | 2011-10-09 23:13:42 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 129 | 72.91.240.131 | 2011-10-03 06:43:57 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 130 | 72.91.240.135 | 2011-10-11 09:11:15 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 131 | 75.251.203.123 | 2011-10-13 08:40:40 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 132 | 75.74.42.127 | 2011-10-15 23:59:10 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 133 | 75.74.97.99 | 2011-10-20 19:21:34 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 134 | 76.101.140.249 | 2011-10-23 03:07:49 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 135 | 76.101.227.45 | 2011-10-05 22:29:21 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 136 | 76.101.90.65 | 2011-10-09 15:08:27 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
|---------|--------------|---------------------------|---------------|------------|-------------------------------------------|
| Doe 137 | 76.106.214.65 | 2011-10-06 14:19:23 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 138 | 76.108.231.97 | 2011-10-26 17:23:13 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 139 | 76.108.83.155 | 2011-10-19 21:18:27 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 140 | 76.110.104.40 | 2011-10-27 00:20:25 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 141 | 76.110.60.212 | 2011-10-01 17:34:32 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 142 | 76.18.231.246 | 2011-10-26 10:55:21 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 143 | 76.26.245.252 | 2011-10-01 14:36:51 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 144 | 76.26.31.190 | 2011-10-06 09:10:24 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 145 | 96.228.135.78 | 2011-10-05 01:16:40 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 146 | 96.228.144.99 | 2011-10-14 12:49:32 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 147 | 96.243.193.63 | 2011-11-09 23:06:18 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 148 | 96.243.209.215 | 2011-10-03 12:39:53 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 149 | 96.243.254.16 | 2011-11-05 08:18:03 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 150 | 96.252.128.128 | 2011-11-20 01:05:40 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 151 | 96.252.187.6 | 2011-10-08 20:48:38 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 152 | 96.252.228.31 | 2011-11-18 21:11:59 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 153 | 96.254.173.250 | 2011-12-10 13:25:38 -0500 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 154 | 96.254.201.190 | 2011-10-29 08:06:29 -0400 | Verizon Internet Services | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 155 | 97.100.137.255 | 2011-11-25 06:42:56 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 156 | 97.101.244.40 | 2011-11-20 11:20:52 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 157 | 97.102.139.18 | 2011-10-02 23:34:46 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 158 | 97.102.200.5 | 2011-10-10 09:09:18 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 159 | 97.102.201.121 | 2011-10-10 15:10:19 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 160 | 97.103.114.251 | 2011-10-19 21:19:35 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 161 | 97.96.60.183 | 2011-10-21 09:10:57 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 162 | 97.97.205.102 | 2011-10-10 03:11:27 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 163 | 97.97.245.139 | 2011-12-09 15:11:38 -0500 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 164 | 97.97.6.108 | 2011-10-12 09:13:29 -0400 | Road Runner | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 165 | 98.162.149.103 | 2011-10-08 14:56:19 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 166 | 98.162.181.216 | 2011-11-27 23:42:07 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 167 | 98.170.213.96 | 2011-11-03 12:29:19 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 168 | 98.183.18.87 | 2011-11-19 11:45:56 -0500 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 169 | 98.183.42.204 | 2011-10-25 07:14:59 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 170 | 98.188.249.133 | 2011-11-04 04:14:39 -0400 | COX COMMUNICATIONS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 171 | 98.203.117.35 | 2011-10-05 05:36:30 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |

| Doe 172 | 98.203.123.240 | 2011-10-02 16:19:20 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
|---|---|---|---|---|---|
| Doe 173 | 98.224.52.59 | 2011-10-01 03:07:11 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 174 | 98.231.85.156 | 2011-10-22 23:49:50 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 175 | 98.249.229.11 | 2011-10-28 13:26:28 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 176 | 98.254.136.53 | 2011-10-06 20:22:51 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 177 | 98.254.65.34 | 2011-10-11 14:56:32 -0400 | Comcast Cable | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |
| Doe 178 | 99.205.85.149 | 2011-10-31 04:48:35 -0400 | Sprint PCS | BitTorrent | 2f36bc1231b76bd3b500d2e633699db27e98ab00 |